IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                              CASE NO. 3:95cr49-RV

**BRADY SNELL,**                                 DOCKET NO. 4:06mj78-WCS

    **Defendant.**
_____/

## O R D E R

The Defendant appeared before the undersigned on a first appearance today to answer to the charges of violating his supervised release.

Accordingly, it is ORDERED that the Defendant will be notified by mail when to appear before Judge Vinson for a revocation hearing. Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** on May 9, 2006.

                                     S/ William C. Sherrill, Jr.
                                     **WILLIAM C. SHERRILL, JR.**
                                     **UNITED STATES MAGISTRATE JUDGE**