**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                                    Case no: 3:95cr03049-001

BRADY A. SNELL

---

### ORDER CONTINUING SUPERVISION

THIS MATTER CAME on to be heard on June 6, 2006; there appearing Assistant U.S. Attorney Edwin F. Knight; and the defendant, Brady A. Snell; appearing in person and his counsel, Thomas S. Keith, Esquire; and after receiving testimony, the Court did find the defendant in violation of supervised release. The Court orders the defendant be continued under supervision with the following modifications:

- The defendant shall submit to bi-weekly or weekly urinalysis testing to determine drug or controlled substance usage to commence immediately and until deemed not necessary by the U.S. Probation Office.

- The defendant shall submit to Home Confinement with Electronic Monitoring for a period of three months, with the cost to be paid by the defendant, to commence at the discretion of the supervising U.S. Probation Officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the supervising U.S. Probation Officer. The

- defendant will be subject to the standard conditions of Home Detention adopted for the use in the Northern District of Florida.

- DONE AND ORDERED in Open Court at Pensacola, Florida, this <u>6th</u> day of <u>June</u>, 2006.

      /s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE